UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :
                                                    Case # 19-30607
RACHEL MARIE GEORGIN                            :   Chapter 7
                                                    Judge Humphrey
            Debtor                              :

## MOTION OF ANDY GEORGIN FOR RELIEF FROM STAY TO PROCEED IN WARREN COUNTY, OHIO DOMESTIC RELATIONS COURT

Now comes Andy Georgin and respectfully moves the Court pursuant to 11 U.S.C. sec. 362(d) for an order granting it relief from stay to pursue domestic relations proceedings saying as follows:

1.      The within case is a case under Ch. 7 of Title 11.  Movant is the former spouse of the Debtor, a Decree of Divorce having been entered September 1, 2017 by the Warren County, Ohio Court of Common Pleas, Division of Domestic Relations in Georgin v Georgin, Case No. 16DR38892.

2.      There are ongoing post-decree matters such as custody and child support that require adjudication.  Specifically, there is now pending a motion to modify child support which proceeding was stayed by operation of 11 U.S.C. sec. 362.

3.      Movant says that the domestic relations court is the most well equipped court to hear these continuing matters and accordingly the Movant seeks relief from stay so these domestic relations proceedings may continue.

4..      Andy Georgin requests an order of the Court that any default order for relief from stay be immediately effective upon its entry notwithstanding the provisions of Fed.R.Bank.Pro. 4001(a)(3).  Movant says that staying the effectiveness of the order for 14 days to permit the filing of an appeal is not necessary under circumstances where the order is being entered upon a default for any responsive pleading after 21 days notice of the filing of the motion.

WHEREFORE, Andy Georgin moves the Court for an order granting him relief from stay

to continue the post-decree proceedings.

/s/ John A. Schuh

_____

John A. Schuh
Ohio Reg. 0015292
Attorney for Andy Georgin
2368 Victory Parkway, Suite 650.
Cincinnati, OH  45206
(513) 321-2662 (phone)
(513) 321-0855 (fax)
jaschuhohecf@swohio.twcbc.com

/s/ Gregory L. Adams

_____

Gregory L. Adams (0025975)
Croswell & Adams Co., L.P.A.
Domestic Relations Attorney
 for Andy Georgin
1208 Sycamore Street
Olde Sycamore Square
Cincinnati , Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
gadams@croswelladams.com

CERTIFICATE OF SERVICE

I hereby certify that on 5/2/2019, a copy of the foregoing Motion and accompanying

Notice was served on the following registered ECF participants, electronically through the

Court's ECF System at the email address registered with the Court:

Office of the U.S. Trustee
Cynthia Sue Daugherty, Attorney for the Debtor

and on the following by ordinary U.S. Mail addressed to:

Rachel M. Georgin
1109 Carrington Place
Maineville, Ohio 45039

/s/ John A. Schuh

_____

John A. Schuh
Attorney at Law

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :
                                                        Case # 19-30607
RACHEL MARIE GEORGIN                :          Chapter 7
                                                        Judge Humphrey
            Debtor                              :

**NOTICE OF MOTION FOR RELIEF FROM STAY**

Andy Georgin has filed papers with the court to obtain relief from stay to obtain adjudication of post-decree matters between the parties including a pending motion to modify child support.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to

        Clerk, U.S. Bankruptcy Court
        Atrium Two, Suite 800
        221 East Fourth Street
        Cincinnati, OH  45202

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

        John A. Schuh
        Attorney for Andy Georgin
        2368 Victory Parkway, Suite 650
        Cincinnati, Ohio 45206

Gregory L. Adams
Domestic Relations Counsel for Andy Georgin

Bottom of Form

Croswell & Adams Co., L.P.A.
1208 Sycamore Street
Cincinnati, Ohio 45202

Office of the U.S. Trustee
170 North High St.
Suite 200
Columbus, Ohio 43215-2417

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

Date: May 2, 2019

/s/ John A. Schuh

_____

John A. Schuh
Attorney for Andy Georgin