**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 30, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                       :
                                             :   Case # 19-30607
RACHEL MARIE GEORGIN              :   Chapter 7
                                             :   Judge Humphrey
        Debtor                           :

ORDER GRANTING MOTION OF ANDY GEORGIN FOR RELIEF FROM STAY TO PROCEED IN WARREN COUNTY, OHIO DOMESTIC RELATIONS COURT

This cause came before the Court on the Motion of Andy Georgin for relief from stay to proceed in Warren County, Ohio Domestic Relations Court. The motion was filed 5/2/2019 at Doc.12 and properly served on all parties entitled to notice thereof. More than 21 days has passed during which period no opposition to the Motion was filed. Accordingly the motion is granted.

IT IS THEREFORE ORDERED, that Andy Georgin is hereby granted relief from stay to continue post-decree matters such as custody, child support and all matters incidental thereto. This order shall be immediately effective notwithstanding the provisions of Fed.R.Bank.Pro. 4001(a)(3).

SO ORDERED.

/s/ John A. Schuh

_____

John A. Schuh
Ohio Reg. 0015292
Attorney for Andy Georgin
2368 Victory Parkway, Suite 650.
Cincinnati, OH 45206
(513) 321-2662 (phone)
(513) 321-0855 (fax)
jaschuhohecf@swohio.twcbc.com

/s/ Gregory L. Adams

_____

Gregory L. Adams (0025975)
Croswell & Adams Co., L.P.A.
Domestic Relations Attorney
 for Andy Georgin
1208 Sycamore Street
Olde Sycamore Square
Cincinnati , Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
gadams@croswelladams.com

Serve: Default parties